

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY F. WORTHINGTON, JR. | : | CIVIL ACTION |
| v. | : | |
| COUNTY OF NORTHAMPTON, *et al.* | : | NO. 13-6292 |

## ORDER

**AND NOW**, this 18th day of November, 2013, having considered plaintiff's 42 U.S.C. §1983 civil rights complaint and motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**.

2. Plaintiff, Henry F. Worthington, Jr., #18104, shall pay the filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by plaintiff, he is not assessed an initial partial filing fee. The Warden or other appropriate official at the Northampton County Prison or at any other prison at which plaintiff may be incarcerated shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-6292.

3. Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

4. The Clerk of Court is directed to send a copy of this Order to the Warden of the Northampton County Prison.

ENTERED
NOV 19 2013
CLERK OF COURT

TIMOTHY J. SAVAGE, J.