IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY F. WORTHINGTON, JR.,          :<br>                                     :<br>           Plaintiff,                :     CIVIL ACTION NO. 13-6292<br>                                     :<br> v.                                  :<br>                                     :<br> COUNTY OF NORTHAMPTON,              :<br> NORTHAMPTON COUNTY PRISON,          :<br> and PRIME CARE MEDICAL              :<br> EMPLOYEES,                          :<br>                                     :<br>           Defendants.               : | |

## ORDER

**AND NOW**, this 18th day of November, 2014, it is hereby **ORDERED** as follows:

1. A telephone conference will be held on **December 2, 2014** at **11:30 a.m.**;

2. Warden Christopher Atkins shall arrange for Plaintiff Henry F. Worthington, Jr., Prisoner Number B-11385, to be available by telephone for this conference;

3. Counsel for the defendants shall initiate the call and contact Judge Smith through his Civil Deputy at (267) 299-7320 after all parties are present on the call;

4. The parties should be prepared to discuss the current status of the case; and

5. This conference will be continued only in extreme circumstances.

BY THE COURT:



EDWARD G. SMITH, J.