IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY F. WORTHINGTON, JR., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 13-6292 |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF NORTHAMPTON, | : | |
| NORTHAMPTON COUNTY PRISON, | : | |
| and PRIME CARE MEDICAL | : | |
| EMPLOYEES, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of March, 2015, after considering the motions to dismiss the second amended complaint separately filed by the defendants, County of Northampton (Doc. No. 28) and Northampton County Prison (Doc. No. 53), the response to the motions filed by the plaintiff, Henry F. Worthington, Jr. (Doc. No. 59); and after reviewing the second amended complaint (Doc. No. 36); and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The claims asserted against the defendant, Northampton County Prison, are **DISMISSED WITH PREJUDICE**;

2. The claims asserted against the defendants, County of Northampton, Prime Care Medical, and Prime Care Medical Employees, are **DISMISSED WITHOUT PREJUDICE**; and

3. As to the claims dismissed without prejudice, the plaintiff has leave to file a third amended complaint within thirty (30) days of the date of this order. If the plaintiff files a third amended complaint, it shall be a complete, stand-alone document that sets forth the grounds on which the plaintiff is entitled to relief. The plaintiff may not simply refer to or incorporate the

prior complaints.  Additionally, he shall name all defendants in the caption of the pleading in addition to the body of the pleading, and describe how each defendant was personally involved in the violation of his rights.  The plaintiff shall use fictitious names if he is unable to learn, by the time of the filing of the third amended complaint, the names of any individual defendants.  Upon the filing of a third amended complaint, the clerk of court shall not make service until so ordered by the court.  If the plaintiff does not file a third amended complaint within thirty (30) days of this order, the court will dismiss this action and close the case without further notice to the parties.

                BY THE COURT:


                */s/ Edward G. Smith*
                EDWARD G. SMITH, J.